UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| DEBBIE OWENS, | ) | Civil Action No. 5:21-cv-00884-BHH-KDW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion to Remand, which Plaintiff does not oppose, it is hereby **ORDERED** that Defendant's motion is granted, and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

/s/Bruce H. Hendricks
United States District Judge

October 6, 2021
Charleston, South Carolina